# U.S. District Court
## Eastern District of California - Live System (Sacramento)
### CIVIL DOCKET FOR CASE #: 2:07-cv-01019-FCD-DAD
#### Internal Use Only

Howell v. Merck & Co., Inc.
Assigned to: Judge Frank C. Damrell, Jr
Referred to: Magistrate Judge Dale A. Drozd
Cause: 28:1332 Diversity-Personal Injury

Date Filed: 05/30/2007
Date Terminated: 08/08/2007
Jury Demand: Both
Nature of Suit: 365 Personal Inj. Prod. Liability
Jurisdiction: Diversity

**Plaintiff**

**Carolyn Howell**     represented by **Clifford Lee Carter**
Clayeo C. Arnold, A Professional Law Corporation
608 University Avenue
Sacramento, CA 95825
(916) 924-3100
Fax: (916) 924-1829
Email: cliff@ccalawcorp.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Merck & Co., Inc.**     represented by **Jeffrey Marc Tanzer**
Venable LLP (Los Angeles)
2049 Century Park East
Suite 2100
Los Angeles, CA 90067
(310) 229-9900
Fax: (310) 229-9901
Email: jtanzer@venable.com
*ATTORNEY TO BE NOTICED*

I hereby certify that the annexed instrument is a true and correct copy of the original on file in my office.
ATTEST: **VICTORIA C. MINOR**
Clerk, U. S. District Court
Eastern District of California
By _____ Deputy Clerk
Dated: _____

| Date Filed | # | Docket Text |
|---|---|---|
| 05/30/2007 |  | (Court only) SUBMISSION of CREDIT CARD INFORMATION for Civil Complaint Filing Fee in the amount of $350.00; Type of Credit Card: American Express Name as it appears on Credit Card: Clifford L. Carter Contact Telephone Number: (916) 924-3100 Street: 608 University Avenue Zip code: 95825 Credit Card Number: xxxx-xxxx-xxxx-xxxx Expiration Date: xx/xx Security Code: xxx (Carter, Clifford) (Entered: 05/30/2007) |
| 05/30/2007 | 1 | COMPLAINT against Carolyn Howell by Carolyn Howell. Attorney Carter, Clifford Lee added. (Attachments: # 1 Civil Cover Sheet # 2 Summons)(Carter, Clifford) (Entered: |

| | | |
|---|---|---|
| 05/30/2007 | 2 | (Court only) PROCESS CREDIT CARD (Mena-Sanchez, L) (Entered: 05/30/2007) |
| 05/30/2007 | | RECEIPT number 205 13276 for $350.00 for New Case Filing from Clifford L. Carter. (Mena-Sanchez, L) (Entered: 05/30/2007) |
| 05/30/2007 | 3 | SUMMONS ISSUED as to *Merck & Co., Inc.* with answer to complaint due within *20* days. Attorney *Clifford Lee Carter* *Clayeo C. Arnold, A Professional Law Corporation* *608 University Avenue* *Sacramento, CA 95825*. (Mena-Sanchez, L) (Entered: 05/30/2007) |
| 05/30/2007 | 4 | CIVIL NEW CASE DOCUMENTS ISSUED; (Attachments: # 1 Consent to Magistrate# 2 VDRP) (Mena-Sanchez, L) (Entered: 05/30/2007) |
| 06/13/2007 | 5 | RETURN OF SERVICE EXECUTED upon Merck & Co, Inc. (Carter, Clifford) Modified on 6/15/2007 (Carlos, K). (Entered: 06/13/2007) |
| 06/26/2007 | 6 | ANSWER to COMPLAINT with Jury Demand by Merck & Co., Inc.. Attorney Tanzer, Jeffrey Marc added.(Tanzer, Jeffrey) (Entered: 06/26/2007) |
| 08/08/2007 | 7 | MDL ORDER, CASE TRANSFERRED to Southern District of New York. Original file, certified copy of transfer order, and docket sheet sent. CASE CLOSED (Waggoner, D) (Entered: 08/08/2007) |
| 08/08/2007 | 8 | TRANSMITTAL of DOCUMENTS on *8/8/2007* to * Southern District of New York* *500 Pearl Street* *New York, NY 10007*. ** *Electronic Documents: 1 to 7 *. (Waggoner, D) (Entered: 08/08/2007) |