UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
-----------------------------------------------------------------x
IN RE: Fosamax Products Liability        :
Litigation, 1:06-md-1789 (JFK)           :      Order
--------------------------------------x
This Document Relates to:  All Actions   :
                                         :
--------------------------------------x
```

**JOHN F. KEENAN, United States District Judge:**

        Section 2(a) of the Court's practices generally requires a pre-motion conference before a party may make any motion.  This requirement is hereby waived with respect to motions to remand filed in this multi-district litigation because the jurisdictional issues typically raised by such motions can be resolved more efficiently without a conference.  Accordingly, it is ORDERED that plaintiffs may file motions to remand without first requesting a pre-motion conference.

SO ORDERED.

Dated:     New York, New York
           November 14, 2007

JOHN F. KEENAN
United States District Judge